UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Pamela M. Bonner, | ) | CASE NO.: 5:14CV2671 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| Daiichi Sankyo, Inc., et al., | ) | |
| | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Defendants' motion to transfer this matter to another judge in this District as a related case (Doc. 14) and Plaintiff's motion to stay this matter pending a ruling on a motion seeking to transfer the matter to multidistrict litigation (Doc. 17). Both motions are DENIED.

As contemplated by the Court's local rules, the undersigned conferred with the transferee judge regarding Defendants' motion to transfer. Given the unclear status of whether this matter may ultimately result in multidistrict litigation, the matter will be not be transferred at this time. Accordingly, Defendants' motion to transfer is DENIED.

Similarly, Plaintiff's motion to stay these proceedings is DENIED. As highlighted by Defendants' opposition, a substantial amount of discovery has been completed by Plaintiff's counsel in related litigation. As such, while awaiting the next scheduled hearing before the JPML, which is roughly 60 days away, Plaintiff's counsel may continue to evaluate the discovery received in other matters, while Defendants would be wholly unable to evaluate the specific facts related to this Plaintiff. Additionally, there is no time frame for a decision from the JPML

following a hearing, nor is there any suggestion that if an MDL were created that any plaintiff-specific discovery would occur at any time in the near future.  Accordingly, it is conceivable that Plaintiff's counsel would have thousands of pages of discovery to evaluate for more than six months before Defendants had any information regarding Plaintiff Bonner.  As such, the Court declines to stay this matter.   The motion to stay is DENIED.   A case management conference will be set by a future order of this Court.

    IT IS SO ORDERED.


  January 29, 2015                                      */s/ John R. Adams*
                                                             JUDGE JOHN R. ADAMS
                                                             UNITED STATES DISTRICT JUDGE